United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 23, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-60133
Summary Calendar
_____

MUMTAZUL HASAN; YASMIN HASAN;
JURRAT HASAN; RUTHBA HASAN,

                                        Petitioners,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

                                        Respondent.

---------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA Nos. A79 585 381
         A70 585 382
         A79 585 383
         A70 585 384
---------------------

Before JOLLY, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:*

     Mumtazul, Yasmin, Jurrat, and Ruthba Hasan (petitioners), are

natives of Bangladesh.  They have filed a petition for review of

the decision of the Board of Immigration Appeals (BIA) affirming

the Immigration Judge's (IJ) denial of their petitions for asylum,

withholding of removal, and relief under the Convention Against

Torture.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Petitioners' argument that the BIA's affirmance of the IJ's decision deprived them of their right to a meaningful agency appeal is without merit.  See 8 C.F.R. § 3.1(a)(7) (2002); <u>Soadjede v. Ashcroft</u>, 324 F.3d 830, 831 (5th Cir. 2003).

The IJ's determination that the petitioners failed to show that Mumtazul suffered past persecution, as well as the fact that conditions in Bangladesh have changed such that they no longer have a well founded fear persecution, is supported by substantial evidence.  See <u>Lopez De Jesus v. INS</u>, 312 F.3d 155, 161 (5th Cir. 2002); <u>Ontunez-Tursios v. Ashcroft</u>, 303 F.3d 341, 350-51 (5th Cir. 2002); <u>Rojas v. INS</u>, 937 F.2d 186, 190 n.1 (5th Cir. 1991); 8 C.F.R. § 208.13(b)(1) (1997).  Neither have the petitioners shown that the IJ erred in denying their requests for withholding of removal or for relief under the Convention Against Torture.  <u>See</u> <u>Faddoul v. INS</u>, 37 F.3d 185, 188 (5th Cir. 1994); <u>Efe v. Ashcroft</u>, 293 F.3d 899, 907 (5th Cir. 2002).  The petition for review of the BIA affirmance of the IJ's decision is DENIED.